IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SCOTT ALLEN SMITH,
        Petitioner,

v.                                   **Judgment in a Civil Case**

TRACY W. JOHNS,
        Respondent.                   Case Number: 5:11-HC-2231-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for an initial review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed for failure to state a claim.

This Judgment Filed and Entered on July 26, 2012, with service on:
Scott Allen Smith 22417-050, Federal Correctional Institution, P.O. Box 1000, Butner, NC 27509 (via U.S. Mail)

July 26, 2012                                           /s/ Julie A. Richards
                                                              Clerk